

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00639-CV

**IN THE INTEREST OF W.A.H.R.,** Et al.,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00377
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 11, 2016. No further extension will be granted.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

Keith E. Hottle
Clerk of Court